UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUSTIN MARTIN et al.,

        Plaintiffs,        19cv2281 (JGK)

- against -        ORDER

JOSEPH WAGNER et al.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at the hearing on November 26, 2019, the defendants' counterclaims are **dismissed without prejudice**. Any amended pleadings should be filed and served by **December 13, 2019**. The Clerk is directed to close Docket Number 18.

**SO ORDERED.**

Dated:    New York, New York
          November 26, 2019

                                      John G. Koeltl
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-27-19